JS 45 (1/96)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing** | **Place of Offense** | **Matter to be Sealed**
☒ Western ☐ St. Joseph  Jackson  ☐ Secret Indictment
☐ Central ☐ Southern  County  ☐ Juvenile
☐ Southwestern

**Defendant Information**
Defendant Name        Nodir Yunusov
Alias Name            Nick
Birthdate             09/15/1986

**Related Case Information**
Superseding Indictment/Information  ☒Yes  ☐No
 if yes, original case number  09-00143-01/11-CR-W-ODS

New Defendant  ☐Yes  ☒No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA  William L. Meiners, Cynthia L. Cordes

**Interpreter Needed**
☒ Yes   Language and/or dialect   Uzbek
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody     Writ Required ☐ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts   91

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 1 |
| 2 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 2 |
| 3 | 18:1589.F/9954/4 | Forced Labor | 3-62 |

(May be continued on reverse)

**Date** 01/05/2010     **Signature of AUSA**  /s/ William L. Meiners, Cynthia L. Cordes

Case 4:09-cr-00143-BCW   Document 184-2   Filed 01/07/10   Page 1 of 2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | New citation (18 U.S.C. §§ 1351 and 2) | Fraud in Foreign Labor Contracting | 63-83 |
| 5 | 8:1324.F/8730/4 | Bringing in and Harboring Aliens | 102,127 |
| 6 | 18:1546.F/8730/4 | Fraud and Misuse of Visas/Permits | 107, 113 |
| 7 | 18:1951.F/7400/4 | Interference With Commerce By Threat or Violence | 115 |
| 8 | 18:1952-7400.F/7400/4 | Racketeering - Transporting in Aid Of | 116 |
| 9 | 18:1343.F/4700/4 | Fraud By Wire, Radio or Television | 118 |
| 10 | 18:1341.F/4700/4 | Frauds and Swindles | 125 |
|  |  |  |  |